IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| LEASCO, INC., a California corporation, | No. 2-03-bk-21422-JMM |
| Debtor. | Adversary No. 2-04-ap-00089-JMM |
| FLAVIO TENORIO; JUAN TENORIO; FRANCISCO TENORIO; AURELIO TENORIO; and FILIBERTO TENORIO, | **MEMORANDUM DECISION RE** |
| Plaintiffs, | **RULE 60 MOTION** |
| vs. | |
| LEASCO, INC., a California corporation; LEASCO HOLDINGS, INC., a California corporation; MANSFIELD COLLINS; and IVANIA PISKULICH, | |
| Defendants. | |

Mansfield Collins, one of the Defendants herein, has moved, pursuant to FED. R. CIV. P. 60(b) (made applicable to bankruptcy proceeding by FED. R. BANKR. P. 9024) to set aside the judgment entered on February 24, 2005. That judgment is final, as Mr. Collins did not appeal from it.

h:\wp\orders\leasco

### Rule 60 Motion - Jurisdiction

During the course of that adversary proceeding, all parties (including Mr. Collins) removed all state and federal litigation between them to the bankruptcy court, and affirmatively consented to the bankruptcy court's jurisdiction to adjudicate all issues between them. Mr. Collins participated, though counsel, in all such proceedings, and never raised any jurisdictional objections at any time, nor did he or his counsel preserve any such issues nor appeal on such grounds. Accordingly, the Court finds and concludes that the arguments regarding improper jurisdiction have been waived.

### Satisfaction of Judgment

Mr. Collins also argues that the court's ruling concerning the value of his fees in the criminal case was erroneous. This argument should have been made on a direct appeal, but instead Mr. Collins chose not to do so. Because this ground to set aside the judgment appears to be that the court made a mistake of fact or error of law, it would properly fall within the orbit of FED. R. CIV. P. 60(b)(1). Because such grounds must be brought within one year of the judgment (entered February 24, 2005), this ground is time-barred. The effort to label it as a 60(b)(4) "satisfaction" issue (not time-barred but required to be brought within a "reasonable" time) is misplaced.

## Settlement

Nor did the settlement between the Tenorio Brothers and the Trustee, affect, in a positive or negative way, the judgment against Mr. Collins. The settlement was neutral as to him. Moreover, since the settlement order is currently on appeal (and has not been stayed), this court is without jurisdiction to adjudicate controversies or issues concerning it.

For these reason, the Rule 60(b) motion shall be DENIED.

DATED: May 3, 2006

JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this 3 day of May, 2006, upon:

Mansfield Collins
Law Offices of Mansfield Collins
3055 Wilshire Blvd., #600
Los Angles, CA 90010
U.S. Mail and Fax (213-380-4820)

Todd M. Sloan, Fletcher W. Paddison, and
Malte L. Farnaes
Ross, Dixon & Bell LLP
550 West "B" Street, Suite 400
San Diego, CA 92101-3599
Email tsloan@rdblaw.com fpaddison@rdblaw.com
mfarnaes@rdblaw.com
Attorneys for Filiberto, Juan, Francisco, and Aurelio Tenorio

Philip G. Mitchell and Craig J. Bolton
Jennings Haug & Cunningham LLP
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Email pgm@jhc-law.com cjb@jhc-law.com
Attorneys for Leasco, Inc.

Terry A. Dake
Terry A. Dake, Ltd.
11811 N. Tatum Blvd., Ste. 3031
Phoenix, AZ 85028-1621
Email tdake@cox.net Attorney for Trustee

John J. Dawson, Booker T. Evans,
  Gerald L. Shelley and Sean D. Johnson
Quarles & Brady Streich Lang LLP
Two North Central Avenue
Phoenix, AZ 85004-2391
Email jdawson@quarles.com bevans@quarles.com
gshelley@quarles.com sjohnson@quarles.com
Special Counsel for Leasco

Richard J. Grant
Grant & Morasse, APC
619 South Vulcan Avenue, Suite 101
Encinitas, CA 92024
Email rjgrant@ricochet.com
Attorneys for Flavio Tenorio

| | | |
|---|---|---|
| 1 | J. Henk Taylor | Office of the United States Trustee |
| 2 | Lewis and Roca LLP<br>40 North Central Avenue, Suite 1900 | 230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |
| 3 | Phoenix, AZ 85004-4429<br>Email hta@lrlaw.com | U.S. Mail |
| 4 | Attorneys for Flavio, Filiberto, Francisco and Aurelio Tenorio | |
| 5 | Jeffrey Weiss, Mark Weiss and Karen J. Sepura<br>Weiss, Moy & Harris, PC | C. Taylor Ashworth<br>Stinson Morrison Hecker LLP |
| 6 | 4204 North Brown Avenue<br>Scottsdale, AZ 85251 | 1850 North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584 |
| 7 | Email jweiss@weissiplaw.com mweiss@weissiplaw.com<br>ksepura@weissiplaw.com | Email tashworth@stinsonmoheck.com<br>Attorneys for Filiberto Tenorio, Juan Tenorio, |
| 8 | Attorneys for Juan and Araceli Tenorio; Santa Domingo &<br>Company, Inc.; Raul and Martha Rios; Jorge, Adelaida, | Francisco Tenorio, and Aurelio Tenorio |
| 9 | Sergio, and Ana Elizabeth Tenorio; and Jorge and Irma<br>Quintero | |

By /s/ M.B. Thompson
     Judicial Assistant

h:\wp\orders\leasco

4